# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALFRED MCKINNON,

               Petitioner

         v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

               Respondent

: No. 12 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Application for an Immediate Hearing is DENIED.  The Petition for Writ of Mandamus and/or Extraordinary Relief is GRANTED, to the extent it seeks mandamus relief.

    The Court of Common Pleas of Philadelphia County is DIRECTED to adjudicate Petitioner's pending filing within 90 days of either this order or the expiration of the judicial emergency in the First Judicial District, *see* 531 Judicial Administration Docket, whichever occurs last.

    The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.